IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| CEDRIC EARL HILL,<br>    *Plaintiff,*<br><br>v.<br><br>JOSEPH MORAN, ARIKA AUSTIN,<br>TERRELL ELLIS, JAMES ALEXANDER,<br>MATTHEW CHORZEWSKI, ANDRES<br>PADILLA, OFFICER GREGORY, BLAKE<br>ZIMMERMAN, BRICE BISHOP<br>    *Defendants.* | §<br>§<br>§<br>§  CIVIL ACTION NO. 1:25-CV-370-ADA-ML<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## MOTION TO WITHDRAW APPEARANCE OF COUNSEL

Pursuant to Local Rule AT-3, Gray Laird, Assistant City Attorney for the City of Austin, respectfully moves this court to withdraw his appearance as counsel for the Defendants City of Austin, Joseph Moran, Arika Austin, Terrell Ellis, James, Alexander, Matthrew Chorzewski, Officer Gregory, Blake Zimmerman and Brice Bishop in this matter.

Mr. Laird is leaving City of Austin employment on September 1, 2025. Defendants will continue to be represented by Elissa Hogan of the City of Austin Law Department, who has entered an appearance in this matter. This withdrawal will not delay proceedings. Counsel for the other parties do not oppose this motion to withdraw.

RESPECTFULLY SUBMITTED,

DEBORAH THOMAS, CITY ATTORNEY
SARA R. SCHAEFER, ACTING CHIEF,
LITIGATION

*/s/ H. Gray Laird III*
H. GRAY LAIRD III
Assistant City Attorney
State Bar No. 24087054

gray.laird@austintexas.gov
City of Austin- Law Department
P.O. Box 1546
Austin, Texas 78767-1546
Telephone: (512) 974-1342
Facsimile: (512) 974-1311

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF CONFERENCE**

This is to certify that on August 18, 2025, I conferred with Plaintiff Cedric Earl Hill via email regarding the contents of this motion, and Mr. Hill advised that he is unopposed to the motion to withdraw.

**CERTIFICATE OF SERVICE**

This is to certify that I have served a copy of the foregoing on all parties or their attorneys of record, in compliance with the Federal Rules of Civil Procedure, this 22nd day of August, 2025.

/s/   *H. Gray Laird III*
H. GRAY LAIRD III