# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| **CEDRIC EARL HILL,**<br>　　　　*Plaintiff,* | § § § § | |
| ***v.*** | § § | **CASE NO. 1:25-CV-00370-ADA-ML** |
| **JOSEPH MORAN, ARIKA AUSTIN,**<br>**TERRELL ELLIS, JAMES**<br>**ALEXANDER, MATTHEW**<br>**CHORZEWSKI, ANDRES PADILLA,**<br>**GREGORY SWIGER, BLAKE**<br>**ZIMMERMANN, BRICE BISHOP,**<br>*Defendants.* | § § § § § § § § § | |

## ORDER ADOPTING MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation of United States Magistrate Judge Mark Lane. Dkt. 35. Judge Lane recommends that this Court **GRANT** Defendant's Motion for Summary Judgment (Dkt. 29). *Id.* at 12. Additionally, Judge Lane recommends that this suit be **DISMISSED WITHOUT PREJDICE.** *Id.* The report was filed on March 12, 2026. This Court hereby adopts Judge Lane's Recommendations.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). A district court need not consider "[f]rivolous, conclusive, or general objections." *Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987) (quoting *Nettles v. Wainwright*, 677 F.2d 404, 410 n.8 (5th Cir. 1982) (en banc), *overruled on other grounds by Douglass v. United States Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996)).

Plaintiff filed objections on March 25, 2026. Dkt. 37. Defendants filed a Response to Plaintiff's Objections on April 1, 2026. Dkt. 39. The Court has conducted *de novo* review of the

Report and Recommendation (Dkt. 35), Plaintiff's objections (Dkt. 37), Defendants' Response (Dkt. 39), and the applicable facts and laws. After that thorough review, the Court is persuaded that the Magistrate Judge's findings and recommendations should be adopted.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Lane (Dkt. 35) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Plaintiff's objections (Dkt. 37) are **OVERRULED.**

**IT IS FURTHER ORDERED** that Defendant's Motion for Summary Judgment (Dkt. 29) is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that this suit is hereby **DISMISSED WITHOUT PREJUDICE.**

The Clerk of the Court is directed to **CLOSE** this case.

**SIGNED** this 15th day of April, 2026.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE