IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CEDRIC EARL HILL, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:25-CV-00370-ADA |
| | § | |
| JOSEPH MORAN, ARIKA AUSTIN, | § | |
| TERRELL ELLIS, JAMES ALEXANDER, | § | |
| MATTHEW CHORZEWSKI, ANDRES | § | |
| PADILLA, GREGORY SWIGER, BLAKE | § | |
| ZIMMERMANN, BRICE BISHOP | § | |
| *Defendants.* | § | |
| | § | |

## CORRECTED ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation of United States Magistrate Judge Mark Lane (Dkt. 35) and Defendants' Motion to Correct Clerical Error in Judgment (Dkt. 41). Judge Lane recommends that this Court **GRANT** Defendant's Motion for Summary Judgment (Dkt. 29). *Id.* at 12. Additionally, Judge Lane recommends that this suit be **DISMISSED WITH PREJUDICE.** *Id*. The report was filed on March 12, 2026. This Court hereby adopts Judge Lane's Recommendations.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). A district court need not consider "[f]rivolous, conclusive, or general objections." *Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987) (quoting *Nettles v. Wainwright*, 677 F.2d 404, 410 n.8 (5th Cir. 1982) (en banc), *overruled on other grounds by Douglass v. United States Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996)).

Plaintiff filed objections on March 25, 2026. Dkt. 37. Defendants filed a Response to Plaintiff's Objections on April 1, 2026. Dkt. 39. The Court has conducted *de novo* review of the Report and Recommendation (Dkt. 35), Plaintiff's objections (Dkt. 37), Defendants' Response (Dkt. 39), and the applicable facts and laws. After that thorough review, the Court is persuaded that the Magistrate Judge's findings and recommendations should be adopted.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Lane (Dkt. 35) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Plaintiff's objections (Dkt. 37) are **OVERRULED.**

**IT IS FURTHER ORDERED** that Defendant's Motion for Summary Judgment (Dkt. 29) is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that this suit is hereby **DISMISSED WITH PREJUDICE.**

The Clerk of the Court is directed to **CLOSE** this case.

SIGNED this 22nd day of April, 2026.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE